Peg BOUAPHAKEO; Javier Frayre; Jose A. Garcia; Mario Martinez; Jesus A. Montes; Heribento Renteria, on behalf of themselves and all other similarly situated individuals, Plaintiffs–Appellees,

v.

TYSON FOODS, INC., Defendant–Appellant.

No. 12–3753.

United States Court of Appeals, Eighth Circuit.

Submitted: April 28, 2016.

Filed: May 20, 2016.

Roger K. Doolittle, Doolittle Law Firm, Jackson, MS, William Michael Hamilton, Provost & Umphrey, Nashville, TN, Richard Kaspari, Metcalf & Kaspari, Saint Paul, MN, Brian P. McCafferty, Kenney & McCafferty, Blue Bell, PA, Candis A. McGowan, Robert L. Wiggins, Jr., Wiggins & Childs, Birmingham, AL, MacDonald Smith, Smith & McElwain, Sioux City, IA, for Plaintiffs-Appellees.

Allison Balus, Steven D. Davidson, Heidi Ann Guttau-Fox, Thomas Edwin Johnson, Baird & Holm, Omaha, NE, Michael J. Mueller, Evangeline C. Paschal, Hunton & Williams, Washington, DC, Emily Burkhardt Vicente, Hunton & Williams, Los Angeles, CA, Thomas Walsh, Bryan & Cave, Saint Louis, MO, for Defendant-Appellant.

Before SMITH, BEAM, and BENTON, Circuit Judges.

BENTON, Circuit Judge.

This case is here on remand from the United States Supreme Court. In its previous opinion, this court upheld a jury verdict awarding damages to the plaintiff class. *Bouaphakeo v. Tyson Foods, Inc.*, 765 F.3d 791 (8th Cir.2014). The Supreme Court affirmed. *Tyson Foods, Inc. v. Bouaphakeo*, —— U.S. ——, 136 S.Ct. 1036, 194 L.Ed.2d 124 (2016).

\*　　\*　　\*　　\*　　\*　　\*

This case is remanded for further proceedings in accordance with the Supreme Court's opinion.